# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0597. THE KROGER CO. v. LAQUAN TREMELL TAYLOR.

The Appellant in the above styled case has filed a motion entitled Unopposed Motion For Permission To Withdraw Appeal.  Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/08/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*